668

No. 210. WHITMORE v. ORMSBEE, COMMISSIONER OF THE BUREAU OF REVENUE;

No. 211. KGFL, INC. v. ORMSBEE, COMMISSIONER OF THE BUREAU OF REVENUE; and

No. 212. HOUCK ET AL. v. ORMSBEE, COMMISSIONER OF THE BUREAU OF REVENUE.

October 14, 1946. *Per Curiam:* The motions to affirm are granted and the judgments are affirmed. (1) *Hillsborough* v. *Cromwell*, 326 U. S. 620, 623; *Matthews* v. *Rodgers*, 284 U. S. 521, 525; (2) *Union Brokerage Co.* v. *Jensen*, 322 U. S. 202. *Lake J. Frazier* for appellants. *Arthur W. Scharfeld* and *Fred E. Wilson* for appellee. Reported below: 64 F. Supp. 911.

No. 276. GENERAL TRANSPORTATION CO. ET AL. v. UNITED STATES ET AL.

October 14, 1946. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. §§ 5 (2) (a), 203 (a) (14), 212 (a), Interstate Commerce Act, as amended, 49 U. S. C. §§ 5, 303 (a) (14), 312 (a). *Michael Carchia* for appellants. *Solicitor General McGrath* and *Daniel W. Knowlton* for the United States and the Interstate Commerce Commission, appellees.

No. 296. EVANS, TRADING AS OTIS EVANS TRUCK LINE, v. UNITED STATES ET AL.

October 14, 1946. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Alton Railroad Co.* v. *United States*, 315 U. S. 15, 25; *United States* v. *Carolina Freight Carriers Corp.*, 315 U. S. 475, 484, 490; *Mis-*